<table>
<tr><td>

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

</td><td>



**FILED**

**Jun 17, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</td></tr>
</table>

IN RE: BLACKBAUD, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                MDL No. 2972

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −5)

On December 15, 2020, the Panel transferred 5 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, 12 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable J Michelle Childs.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Childs.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 15, 2020, and, with the consent of that court, assigned to the Honorable J Michelle Childs.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 11, 2021**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY:

DEPUTY CLERK



**IN RE: BLACKBAUD, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION**                                    MDL No. 2972

### SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| --- | --- | --- | --- |

CALIFORNIA EASTERN

| CAE | 2 | 20−02483 | Mesa et al v. Enloe Medical Center |

CALIFORNIA SOUTHERN

| ~~CAS~~ | ~~3~~ | ~~21−00114~~ | ~~Doe v. Rady Childrens Hospital−San Diego~~  Opposed 6/10/21 |